UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*In Re:*

VINSON BERNARD GWINN, **Debtor,**
BANK OF AMERICA, N.A., **Creditor,**

Chapter 13
Case No. 17-66958-CRM

**NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES**

Comes now BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for BANK OF AMERICA, N.A., party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for BANK OF AMERICA, N.A. with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for BANK OF AMERICA, N.A..

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP

BY: /s/ ABBEY ULSH DREHER           10/02/2017
ABBEY ULSH DREHER
GA NO. 113608
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on October 02, 2017, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    LEVINE & BLOCK, LLP


BY: /s/ ABBEY ULSH DREHER    10/02/2017
    ABBEY ULSH DREHER
    GA NO. 113608
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 661-7725
    E-mail:  GA.ND.ECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
VINSON BERNARD GWINN
2795 BEN HILL ROAD
EAST POINT, GA  30344

VINSON BERNARD GWINN

2795 BEN HILL ROAD
ATLANTA, GA  30344

**DEBTOR'S ATTORNEY:**
HOWARD P. SLOMKA
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVE.
SUITE 120
ATLANTA, GA  30303