## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| VINSON BERNARD GWINN, | Case No. 17-66958-CRM |
| Debtor. | |
| ALLY FINANCIAL INC., | |
| Movant. | |
| v. | Contested Matter |
| VINSON BERNARD GWINN, Debtor, JOI E GWINN, Co-Debtor, NANCY J. WHALEY, Chapter 13 Trustee, | |
| Respondents. | |

## NOTICE OF ASSIGNMENT OF HEARING

**PLEASE TAKE NOTICE** that **ALLY FINANCIAL INC**. has filed a Motion for Relief from the Automatic Stay and Relief from the Co-Debtor Stay and related papers with the Court seeking an order granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **United States Bankruptcy Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303, Courtroom 1203 at on November 28, 2017 at 9:30 a.m.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may file a written response to

the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address for the Clerk's Office is:  U.S. Bankruptcy Court, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Room 1340, Atlanta GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion for Relief from Automatic Stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date.  Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: October 27, 2017

Shapiro Pendergast & Hasty, LLP

/s/ Vanessa A. Leo
Vanessa A. Leo
Georgia Bar No. 410598
valeo@logs.com
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| VINSON BERNARD GWINN, | Case No. 17-66958-CRM |
| Debtor. | |
| ALLY FINANCIAL INC., | |
| Movant. | Contested Matter |
| v. | |
| VINSON BERNARD GWINN, Debtor,<br>JOI E GWINN, Co-Debtor,<br>NANCY J. WHALEY, Chapter 13 Trustee, | |
| Respondents. | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## AND RELIEF FROM THE CO-DEBTOR STAY

COMES NOW ALLY FINANCIAL INC., Movant in the above-entitled cause, and as its Motion for Relief from the Automatic Stay and Relief from the Co-Debtor Stay, shows this Court as follows:

1.

That this motion seeking relief from the automatic stay under §362 of the Bankruptcy Code is a proceeding which may be initiated by motion under the Rules of Bankruptcy Procedure.

2.

The Debtor on September 29, 2017 filed a petition for relief under Chapter 13 of the Bankruptcy Code.

3.

That the Debtor and the non-filing Co-Debtor are indebted to Movant in the amount of $28,138.42 on an installment sales contract for the purchase of a 2015 DODGE CHALLENGER automobile, VIN: 2C3CDZAG8FH764138 (the "Vehicle").   A true and correct copy of this Contract and the Certificate of Title, evidencing Movant's first lien interest therein is attached to the Proof of Claim on file with this Court.  Movant placed a value on the vehicle at the time of filing of $17,300.00 based upon the NADA Guide.

4.

That good cause exists for granting Movant relief from the automatic stay as relates to its interest in the Vehicle, pursuant to §362(d) and §1301 of the Bankruptcy Code, including but not limited to a lack of adequate protection and a plan provision to surrender.

5.

That Movant may be further entitled to recover, as part of its secured claim, its expenses, including a reasonable attorney's fee incurred in this case and for the bringing of this motion, to the extent that the Vehicle may have a market value exceeding the net outstanding balance due Movant on its claim.

6.

That the Vehicle is collateral which can be easily moved, secreted, and damaged by the Debtor or others and may not now be covered by adequate collision damage and comprehensive insurance, thereby entitling Movant to an order expressly providing that relief from stay not be stayed for the fourteen (14) day period provided for under Bankruptcy Rule 4001 (a)(3).

WHEREFORE, Movant prays that the automatic stay presently in effect be lifted so as to permit it to exercise its right to self-help repossess the Vehicle or foreclose upon its interest; that Movant be permitted to establish its deficiency claim, if any, and be permitted to file an amended proof of claim to reflect said deficiency; that this Court expressly provide that said relief not be stayed as provided for under Bankruptcy Rule 4001(a)(3); that Debtor be ordered to surrender possession of the Vehicle to Movant; that Movant have and recover from the proceeds of the disposition of the Vehicle, its reasonable expenses, including an attorney's fee; and that Movant have such other and further relief as is just.

Shapiro Pendergast & Hasty, LLP


  /s/ Vanessa A. Leo                          
Vanessa A. Leo
Georgia Bar No. 410598
valeo@logs.com
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on October 27, 2017, a copy of the foregoing

Notice of Hearing, Motion for Relief from the Automatic Stay and Relief from the Co-Debtor

Stay was served by electronic mail or first class U.S. Mail, with adequate postage prepaid, on the

following persons or entities at the addresses stated below:

Vinson Bernard Gwinn
2795 Ben Hill Road
Atlanta, GA 30344

Joi E Gwinn
2795 Ben Hill Rd
Atlanta, GA 30344

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303


Dated: October  27, 2017                    Shapiro Pendergast & Hasty, LLP

                                            /s/ Vanessa A. Leo_____
                                            Vanessa A. Leo
                                            Georgia Bar No. 410598
                                            valeo@logs.com
                                            211 Perimeter Center Parkway, N.E.
                                            Suite 300
                                            Atlanta, GA 30346
                                            Phone: 770-220-2535
                                            Fax: 770-220-2665