UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VINSON BERNARD GWINN | : | CASE NUMBER A17-66958-A998 |
| DEBTOR | : | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on February 6, 2018:**

As to whether Debtor filed an objection to proof of claim

As to whether Debtor filed amended schedules

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor failed to file an objection to proof of claim

Debtor failed to file amended schedules

*Please enter an Order of Dismissal*

This the 26th day of February, 2018.

                                                  /s/_____
                                                  Julie M. Anania,
                                                  Attorney for Chapter 13 Trustee
                                                  GA Bar Number 477064
                                                  303 Peachtree Center Ave., NE
                                                  Suite 120
                                                  Atlanta, GA  30303
/mam                                      (678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A17-66958-A998

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
VINSON BERNARD GWINN
2795 BEN HILL ROAD
ATLANTA, GA  30344

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 26th day of February, 2018.

/s/_____
   Julie M. Anania
   Attorney for the Chapter 13 Trustee
   State Bar No. 477064
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201